UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

FIREARMS REGULATORY
ACCOUNTABILITY COALITION, INC., *and*
FRANKLIN ARMORY, INC.,

    Plaintiffs,

v.

MERRICK GARLAND, in his official
capacity as Attorney General of the United States, *et al.*,

    Defendants.
_____/

Case No. 1:23-cv-00003-DLH

## DEFENDANTS' MOTION TO DISMISS UNDER RULES 12(b)(1) AND 12(b)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Defendants respectfully move to dismiss the Complaint for lack of subject matter jurisdiction and improper venue under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3), or in the alternative, move to transfer the case to another district in which venue is proper. In support, Defendants submit a memorandum of law, herewith.

Dated: March 24, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Andrew J. Rising*
ANDREW J. RISING
D.C. Bar No. 1780432
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 11406

          Washington, D.C. 20005
          Phone: (202) 514-0265
          E-mail: andrew.j.rising@usdoj.gov

          *Counsel for Defendants*