| | |
|---|---|
| Clerk of the House of Representatives<br>Legislative Resource Center<br>135 Cannon Building<br>Washington, DC 20515<br>http://lobbyingdisclosure.house.gov | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510<br>http://www.senate.gov/lobby |

# **EXHIBIT 2**

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

*Check One:*   New Registrant    New Client for Existing Registrant    Amendment

**1. Effective Date of Registration**   10/6/2020

**2. House Identification**   440760007      **Senate Identification**   401104445

## REGISTRANT     Organization/Lobbying Firm    Self Employed Individual

**3. Registrant**   Organization   ALPHA STRATEGIES, LLC
Address: 4204 West South Ridge Road      Address2:
City: Nags Head    State: NC   Zip: 27959   Country: USA

**4. Principal place of business (if different than line 3)**
City:    State:    Zip:    Country:

**5. Contact name and telephone number**      International Number
Contact:    Telephone:    E-mail:

**6. General description of registrant's business or activities**
Lobbying Firm

## CLIENT
*A Lobbying Firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the box labeled "Self" and proceed to line 10.*   **Self**

**7. Client name**   Firearms Regulatory Accountability Coalition, Inc. - FRAC
Address: 1776 K Street
City: Washington, DC    State: DC   Zip: 20006   Country: USA

**8. Principal place of business (if different than line 7)**
City:    State:    Zip:    Country:

**9. General description of client's business or activities**
Non-profit association

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within twenty years of first acting as a lobbyist for the client, *state the executive and/or legislative position(s) in which the person served.*

| Name | | | Covered Official Position (if applicable) |
|---|---|---|---|
| First | Last | Suffix | |
| Adnan | Jalil | | |
| | | | |
| | | | |
| | | | |

# LOBBYING ISSUES

11. General lobbying issue areas (Select all applicable codes).

FIR     TRD

12. Specific lobbying issues (current and anticipated)

Advocate for ATF policy changes

# AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $5,000 to the lobbying activities of the registrant in a quarterly period and either participates in and/or in whole or in major part supervises or controls the registrant's lobbying activities?

No --> Go to line 14.

Yes --> Complete the rest of this section for each entity matching the criteria above, then proceed to line 14.

Internet Address:

| Name | Address | Principal Place of Business |
|---|---|---|
| | Street | |
| | City / State/Province / Zip Code / Country | |
| NST Global, LLC | 1225 Darlington Oak Drive NE | City |
| | St. Petersburg   FL   33703   USA | State   Country |
| | | City |
| | | State   Country |
| | | City |
| | | State   Country |

# FOREIGN ENTITIES

14. Is there any foreign entity

    a) holds at least 20% equitable ownership in the client or any organization identified on line 13; or

    b) directly or indirectly, in whole or in major part, plans, supervises, controls, directs, finances or subsidizes activities of the client or any organization identified on line 13; or

    c) is an affiliate of the client or any organization identified on line 13 and has a direct interest in the outcome of the lobbying activity?

No --> Sign and date the registration.

Yes --> Complete the rest of this section for each entity matching the criteria above, then sign the registration.

| Name | Address Street / City   State/Province Country | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership |
|---|---|---|---|---|
| | | City | | |
| | | State   Country | | % |
| | | City | | |
| | | State   Country | | % |

# CONVICTIONS DISCLOSURE

15. Have any of the lobbyists listed on this report been convicted in a Federal or State Court of an offense involving bribery, extortion, embezzlement, an illegal kickback, tax evasion, fraud, a conflict of interest, making a false statement, perjury, or money laundering?

No     Yes

| **Signature** | Digitally Signed By: Adnan Jalil | **Date** | 10/20/2020 12:40:02 PM |
|---|---|---|---|