| | |
|---|---|
| Clerk of the House of Representatives<br>Legislative Resource Center<br>135 Cannon Building<br>Washington, DC 20515<br>http://lobbyingdisclosure.house.gov | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510<br>http://www.senate.gov/lobby |

# **EXHIBIT 3**

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

*Check One:*   New Registrant   New Client for Existing Registrant   Amendment

**2. House Identification**   304830201

1. Effective Date of Registration   10/23/2020
Senate Identification   41408

## REGISTRANT    Organization/Lobbying Firm    Self Employed Individual

3. Registrant   Organization   Wiley Rein LLP
Address   1776 K Street NW       Address2
City   Washington       State   DC   Zip   20006   Country   USA

4. Principal place of business (if different than line 3)
City       State   Zip   Country

5. Contact name and telephone number       **International Number**
Contact       Telephone       E-mail

6. General description of registrant's business or activities
Law firm

## CLIENT *A Lobbying Firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the box labeled "Self" and proceed to line 10.*   *Self*

7. Client name   Firearms Regulatory Accountability Coalition, Inc. (FRAC)
Address   1776 K Street NW
City   Washington       State   DC   Zip   20006   Country   USA

8. Principal place of business (if different than line 7)
City       State   Zip   Country

9. General description of client's business or activities
Trade association representing firearms manufacturers, importers, and innovators

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within twenty years of first acting as a lobbyist for the client, *state the executive and/or legislative position(s) in which the person served.*

| Name | | | Covered Official Position (if applicable) |
|---|---|---|---|
| First | Last | Suffix | |
| Michael | Faucette | | |
| | | | |
| | | | |
| | | | |

# LOBBYING ISSUES

11. General lobbying issue areas (Select all applicable codes).

FIR

12. Specific lobbying issues (current and anticipated)

Advocate for ATF policy changes.

# AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $5,000 to the lobbying activities of the registrant in a quarterly period and either participates in and/or in whole or in major part supervises or controls the registrant's lobbying activities?

No --> Go to line 14.

Yes --> Complete the rest of this section for each entity matching the criteria above, then proceed to line 14.

Internet Address:

| Name | Address | | | | Principal Place of Business | | |
|---|---|---|---|---|---|---|---|
| | Street | | | | | | |
| | City | State/Province | Zip Code | Country | | | |
| NST Global, LLC | 1225 Darlington Oak Circle NE | | | | City | | |
| | Saint Petersburg | FL | 33703 | USA | State | | Country |
| | | | | | City | | |
| | | | | | State | | Country |
| | | | | | City | | |
| | | | | | State | | Country |

# FOREIGN ENTITIES

14. Is there any foreign entity

    a) holds at least 20% equitable ownership in the client or any organization identified on line 13; or

    b) directly or indirectly, in whole or in major part, plans, supervises, controls, directs, finances or subsidizes activities of the client or any organization identified on line 13; or

    c) is an affiliate of the client or any organization identified on line 13 and has a direct interest in the outcome of the lobbying activity?

No --> Sign and date the registration.

Yes --> Complete the rest of this section for each entity matching the criteria above, then sign the registration.

| Name | Address | | Principal place of business | Amount of contribution | Ownership |
|---|---|---|---|---|---|
| | Street | | | | |
| | City | State/Province Country | (city and state or country) | for lobbying activities | |
| | | City | | | |
| | | State Country | | | % |
| | | City | | | |
| | | State Country | | | % |

# CONVICTIONS DISCLOSURE

15. Have any of the lobbyists listed on this report been convicted in a Federal or State Court of an offense involving bribery, extortion, embezzlement, an illegal kickback, tax evasion, fraud, a conflict of interest, making a false statement, perjury, or money laundering?

No     Yes

| | | | |
|---|---|---|---|
| **Signature** | Digitally Signed By: Michael Faucette | **Date** | 11/6/2020 8:56:53 AM |