**North Dakota Secretary of State**

Login

Business | Trademark | Contractor | Lobbyist | Charitable Organizations | Notary

- Home
- Search
- Forms
- Lists
- Data List Requests

## Business Search

Firearms Regulatory Accountability Coalition  🔍

Advanced ⌄

Results: 1

| Form Info | SOS Control ID# | Status | Standing | Filing Date |
|---|---|---|---|---|
| **Firearms Regulatory Accountability Coalition, Inc.** *Corporation - Nonprofit - Foreign* | 0005436706 | Active | Good Standing | 02/16/2021 |

### Firearms Regulatory Accountability Coalition, Inc.
*Corporation - Nonprofit - Foreign*  ✕


Request Certificate

| | |
|---|---|
| Filing Type | Corporation - Nonprofit - Foreign |
| Status | Active |
| Standing - AR | Good |
| Standing - RA | Good |
| Standing - Other | Good |
| Formed In | DELAWARE |
| Term of Duration | Perpetual |
| Initial Filing Date | 02/16/2021 |
| Principal Address | 2021 E. MAIN AVE. SUITE I<br>TRAVIS R. WHITE<br>BISMARCK, ND 58501 |
| Mailing Address | 2021 E MAIN AVE STE I<br>TRAVIS R. WHITE<br>BISMARCK, ND 58501-4907 |
| AR Due Date | 02/01/2024 |
| Commercial Registered Agent | COGENCY GLOBAL INC.<br>120 W SWEET AVE STE 9<br>BISMARCK, ND 58504 |

View History

**EXHIBIT 4**