**EXHIBIT 5**

### About the ad



**FRACaction**
Sponsored · Paid for by FIREARMS REGULATORY ACCOUNTABILITY COALITION INC
ID: 574365953469214

FRAC's sole mission is to aggressively advocate for and defend firearms, ammunition, and accessories manufacturers and importers from government overreach.

**STOP ATF From Taking YOUR Guns**

FRAC
JOIN THE FIGHT

HTTPS://SECURE.FRACACTION.ORG/
NOT AFFILIATED WITH META
Defend Your Right To Bear Arms!
Stop unelected bureaucrats from destroying your Second Amendment rights!

Donate now

### About the disclaimer
When an advertiser categorizes their ad as being about social issues, elections or politics, they are required to disclose who paid for the ad. Learn more

### Information from the advertiser
This information was submitted by the advertiser.
Submitted Apr 19, 2021

- Disclaimer
  FIREARMS REGULATORY ACCOUNTABILITY COALITION INC

- Phone number
  +12028301440

- Email
  members@fracaction.org

- Website
  http://www.fracaction.org/

- Address
  1776 K ST NW, Washington, DC 20006, US

### Data behind the ad

Inactive
Apr 20, 2021 - May 5, 2021
ID: 574365953469214

**Estimated Audience Size**
Estimated Audience Size generally estimates how many people meet the targeting and ad placement criteria that advertisers select while creating an ad... See more

Estimated Audience Size
**>1M people**

**Amount spent**
The estimated total amount of money spent on an ad during its schedule. Learn more

Amount spent
**$500 - $599 (USD)**

**Impressions**
The number of times an ad was on a screen. May include multiple views by the same people. Learn more

Impressions
**25K - 30K**

**Who was shown this ad**
The age and gender breakdowns of people who saw this ad.

Men   Women   Unknown

[bar chart showing: 2% 0% 0%, 6% 1% 0%, 9% 1% 0%, 14% 2% 0%, 22% 5% 0%, 27% 9% 0%]