

# Firearms Regulatory Accountability Coalition
21 Tweets




**Follow**

## Firearms Regulatory Accountability Coalition, Inc.
@FRACAction

The Firearms Regulatory Accountability Coalition (FRAC) serves to improve business conditions for the industry by ensuring fair policy and regulatory practices.

📍 Washington, D.C.   🔗 FRACaction.org   📅 Joined September 2020

24 Following   384 Followers

**Tweets** | Tweets & replies | Media | Likes

---

**Firearms Regulatory Accountability Coalitio...** @FRACAc... · Feb 10

FRAC, SB Tactical, B&T USA, Rick Cicero, and the listed 25 States are suing the ATF, Attorney General Garland, and ATF Director Detelbach. Thank you for your support. #atf #washingtondc #washington @ Washington D.C.



instagram.com
FRAC (@fracaction) • Instagram photo

💬 1      🔁 6      ♡ 16      📊 374      ↗

**EXHIBIT 6**