UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

FIREARMS REGULATORY
ACCOUNTABILITY COALITION, INC., *and*
FRANKLIN ARMORY, INC.,

    Plaintiffs,

v.

MERRICK GARLAND, in his official
capacity as Attorney General of the United States, *et al.*,

    Defendants.
_____/

Case No. 1:23-cv-00003-DLH

## DEFENDANTS' OPPOSITION TO, OR, IN THE ALTERNATIVE, MOTION TO STAY CONSIDERATION OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants respectfully file this combined opposition to, or, in the alternative, motion to stay consideration of Plaintiffs' motion for summary judgment, ECF Nos. 12-13. Defendants submit a memorandum of law in support of their combined motion and opposition, herewith.

Dated: May 5, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Andrew J. Rising*
ANDREW J. RISING
D.C. Bar No. 1780432
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, D.C. 20005
Phone: (202) 514-0265
E-mail: andrew.j.rising@usdoj.gov

*Counsel for Defendants*