IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Firearms Regulatory Accountability Coalition, Inc., et al., ) ) ) Plaintiffs, ) ) vs. ) ) Merrick B. Garland, et al., ) ) Defendants. ) | **ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME**<br><br>Case No. 1:23-cv-003 |

Before the Court is the Plaintiffs' motion for extension of time to file a reply in support of their motion for summary judgment and their opposition to the Defendants' motion to stay filed on May 17, 2023. See Doc. No. 17. The Plaintiffs intend to file a motion to amend their complaint to add a new count and new allegations. The Plaintiffs request the Court extend their deadline to reply until 7 days after the Court resolves the Plaintiffs' motion to amend their complaint in the event that the Court denies the motion to amend. If the Court grants the motion to amend, the Plaintiffs intend to file a new motion for summary judgment based on the amended complaint. For good cause shown the Court **GRANTS** the motion for extension of time (Doc. No. 17).

**IT IS SO ORDERED.**

Dated this 18th day of May, 2023.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court

1