# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-00003-DLH-CRH |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15 and Local Civil Rule 7.1(B), Plaintiffs respectfully move for leave to file a first amended complaint and its proposed exhibits. Plaintiffs conferred with Defendants, who represented that they "don't intend to oppose Plaintiffs' motion for leave to amend," but that they would "await Plaintiffs' filing to convey [their] formal position." The proposed first amended complaint and its proposed exhibits are attached to this Motion. Plaintiffs' Motion is fully supported by the attached memorandum.

May 19, 2023                                                     Respectfully submitted,

/s/ Stephen J. Obermeier
Stephen J. Obermeier
Jeremy J. Broggi
William K. Lane III
Michael J. Showalter
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
JBroggi@wiley.law
WLane@wiley.law
MShowalter@wiley.law
BGarriott@wiley.law

Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

*Counsel for Plaintiffs*

2