# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Firearms Regulatory Accountability Coalition, Inc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | Case No. 1:23-cv-003 |
| Merrick B. Garland, et al., | ) ) | |
| Defendants. | ) | |

On May 19, 2023, Plaintiffs filed a Motion for Leave to File First Amended Complaint. (Doc. No. 19).  On June 2, 2023, Defendants filed notice that they do not oppose Plaintiff's motion. (Doc. No. 20).  Plaintiffs' motion (Doc. No. 19) is therefore **GRANTED**.  Plaintiffs shall file their First Amended Complaint by June 16, 2023.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court