# EXHIBIT B



March 9, 2020

Bureau of Alcohol Tobacco and Firearms
Firearms Technology Industry Services Branch
Attn: Branch Chief Michael Curtis
244 Need Road
Martinsburg, WV 25405

Re: Antithesis™

Dear Chief Curtis:

On January 8, 2020, Franklin Armory, Inc. received, via email, a classification response, dated January 7, 2019 (the year should have been noted as 2020 instead of 2019), number 3311/310340 from the ATF Firearms Technology Industry Services Branch ("FTISB") (Imported CVA Hunter Antithesis Classification Letter").

We note the following text from Page 8 of the Imported CVA Hunter Antithesis Classification Letter:

> "In relevant part, the statute states that a rifle is '…designed or redesigned and made or remade to use the energy of an explosive to fire only a single projectile….' It is not the case that if a firearm *can* perform a particular function, one can surmise that it was 'designed' and 'made' to do so."

We note that the "Antithesis" exemplar (a CVA "Hunter" serial number 61-03-008584-17) was manufactured overseas and then imported into the United States. We have credible information that the CVA Hunter product was imported by CVA as a "shotgun.[1]" As it appears that the importer and the manufacturer are owned by the same parent company (http://www.dikar.es/en/#nuestras_marcas), it is likely that the firearm was also intended by the *manufacturer* to be a "shotgun." In short, it appears that at all relevant times prior to Franklin Armory, Inc.'s redesign and remaking of the firearm, all parties involved in the manufacture, import, and import processing believed that the firearm *was* a shotgun throughout import proceedings. Given this information, we request that the FTISB evaluate these statements against the documentation (Ex. Forms 6 and 6A) that may be in ATF's possession and please advise at what point and by what means the firearm was reclassified from a "shotgun" to a "rifle."

The Imported CVA Hunter Antithesis Classification Letter provides the following:

---

[1] 18 U.S.C. § 921(a)(5) The term "shotgun" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of an explosive to fire through a smooth bore either a number of ball shot or a single projectile for each single pull of the trigger.

> *"Indeed, as described above, a rifled bore serves a particular purpose in imparting a stabilizing spin on a projectile to increase accuracy. A rifled bore does not stabilize shot and, in fact, serves no function with that ammunition. Indeed, it is incidental to the design of the firearm that it also fires shot."*

Given that the use of shot in firearms is used for comparatively short-range engagements, projectile stabilization is not a necessary attribute. Even so, the above quoted passage advises that rifling does not stabilize shot. Even assuming that this statement is accurate, the fact that a rifled bore *"serves no function with that ammunition"* does not negate the *dual use* functionality and marketability of the product. Below are three examples of firearms (though all handguns) that found great commercial success because of their ballistic effectiveness and because they were designed and intended to fire singular projectiles as well as ball shot through a rifled bore:

- Since 1995, Bond Arms has manufactured derringers. One example of their product is the Ranger II in 45 Long Colt and .410 shotshell. It is currently listed as their "best seller." It stands to reason that it is unlikely that this firearm would have achieved this status unless it was an effective defensive firearm. https://www.bondarms.com/bond-arms-handguns/ranger-ii/

- Since 2006, Taurus USA has manufactured the Judge revolver for the United States market. This defensive firearm was designed to chamber and fire both 45 Long Colt and .410 shotshell ammunition through a rifled bore. At times, the Judge has been the best-selling firearm for Taurus USA, and it is still available today. Like the Bond Arms Ranger II, it stands to reason that it is unlikely that this firearm would have achieved this status unless it was an effective defensive firearm. https://www.taurususa.com/firearms/revolvers/taurus-judge/

- Since the early 1970s, Thompson/Center Arms manufactured the Contender, a sporting single shot firearm that was designed to chamber 357 and 44 Magnum "Hot Shot" shot capsules as well as singular projectiles through a rifled bore. These firearms were even equipped with chokes. Today Thompson/Center Arms manufactures a similar version that fires both 45 Long Colt and .410 shotshell ammunition through a rifled bore. Since these firearms were designed for hunting, the marketable success would imply that they have been effective in the game field. https://accessories.tcarms.com/product/g2-contender-rifle-barrels-stainless-steel-3/

We respectfully submit that the success of the above models was not solely because they fire 45 Long Colt but because they also successfully fire .410 shotshells through a rifled bore.

To remove any ancillary regulatory issues that the prior (imported and modified) Antithesis™ exemplar may have raised or could raise, we now provide a domestically manufactured exemplar for your classification. Therefore, please find the enclosed Franklin Armory® Antithesis™ in .45 Long Colt and .410 bore for FTISB classification.

We note the following information for this firearm:
- Model: FAI-15

- Serial Number: A-12680
- This firearm is equipped with a six-position collapsible stock.
- This firearm was <u>newly</u> assembled by Franklin Armory, Inc. at our facility in Minden, NV.
- Inscribed on the upper receiver is the caliber designation of .410/.45LC for .410 bore shotshells and .45 Long Colt.
- The rifled barrel is approximately 14-3/8" and is chambered in, and designed to accept, both .410 bore shotshells and 45 Long Colt cartridges.
- This firearm is designed and intended to fire shot and slugs from .410 bore shotshells <u>AND</u> singular projectiles from 45 Long Colt cartridges.

While the receiver on this firearm was made for Franklin Armory, Inc. under an ATF approved mark variance, this is a "virgin" build. Until now, this firearm receiver has never been assembled as a complete firearm, and more specifically, it has never had a barreled upper attached to it until we completed the build.

Testing with the above firearm showed that cycling was most effective with ammunition that possessed enough energy to fully cycle the bolt. For instance, we used Remington "Premier® Nitro Sporting Clays." The bore was 410. The length was 2-1/2". The velocity was 1300 FPS. The shot weight was ½ ounce, and the shot size was 8. (UPC 047700501000) We also tested with Grizzly "Big Bore Ammunition." The caliber was 45 Long Colt +P, the weight was 335 grains, and the type was WLNGC Hard Cast. Velocity was specified at 1175 FPS. (UPC 815152010209.) While some ammunition with lower velocities or weights failed to cycle the action, we had great results cycling the action using the above loads.

We note again that Antithesis™ was manufactured to fire ball shot and singular projectiles through a rifled bore and we respectfully request that FTISB classify the enclosed domestically manufactured .410/45LC Antithesis™ exemplar under the GCA and NFA.

In conclusion, we look forward to your response and are standing by if you have any questions or require any additional information.

Respectfully,

*[signature]*

Jay Jacobson
President
Franklin Armory, Inc.

