# EXHIBIT C



2246 Park Place Ste B
Minden NV 89423
Phone (775)783-4313
www.franklinarmory.com

November 19, 2019

Mr. Curtis Gilbert
Acting Assistant Director
Enforcement Programs and Services
Bureau of Alcohol, Tobacco, Firearms and Explosives
United States Department of Justice
99 New York Avenue, NE
Washington, D.C. 20226

Dear Assistant Director Gilbert,

  We have recently received FEID correspondence dated November 8, 2019 regarding our Reformation® products. It appears this correspondence is in response to our letter and exemplar sent in to FATD on January 16, 2019. We appreciate the confirmation that Reformation® firearms are not firearms regulated under the National Firearms Act. While previous correspondence had implied this likelihood, the FEID letter confirms it.

  We also see that the November 8 FATD letter had rendered an opinion on the question of dealers transferring Reformation® firearms to consumers under 18 U.S.C. § 922(b)(4) and consumers traveling interstate with Reformation® firearms under 18 U.S.C. § 922(a)(4). We would hope that ATF could possibly exercise many of the options available to expedite a reasonable solution to this problem, but in the meantime, we have taken the voluntary step of temporarily stopping shipments of Reformation® firearms until a path forward can be identified.

  As of yet, we have not notified our distributors and dealers of the FEID correspondence because we believe that it is important to discuss these matters in our upcoming conference before we publicize the details. There are reputational concerns that could affect both the Bureau and Franklin Armory®. We have no motivation to adversely affect either ATF or our own brand and hope that our continued discussions will lead to a consensus on the best solutions for America's law-abiding firearms owners.

  Furthermore, there were additional questions asked in our January 16th letter to FATD that appear to have gone unanswered. These questions were particularly related to the exemplar that we sent in that had a barrel that was 12-11/16" long and was chambered in 20 gauge. (See Figure 1.) The firearm featured a stock and had an overall length of 27-13/16". Since sending in the exemplar, we have since named the proposed product "Antithesis™."

  It is our belief that Antithesis™ is not an NFA firearm. 26 U.S.C. § 5845(c) requires that a "rifle" use a *"fixed cartridge to fire **only** a **single** projectile through a rifled bore..."* Antithesis™ can use a shotgun slug, but it is also designed and intended to fire shot. 26 U.S.C. § 5845(d) requires that a "shotgun" *"...fire through a smooth bore..."* Antithesis™ has a rifled bore.



2246 Park Place Ste B
Minden NV 89423
Phone (775)783-4313
www.franklinarmory.com

Letter to Mr. Gilbert- Page 2

Additionally, we do not believe that Antithesis™ is a GCA "rifle" or "shotgun" (and therefore not a GCA "short-barreled-rifle" or "short-barreled-shotgun.") Under 18 U.S.C. § 921(a)(5), a "shotgun" would require a "smooth bore," and as noted above, Antithesis™ has a rifled bore. Under 18 U.S.C. § 921(a)(7) a "rifle" must *"fire **only** a **single** projectile through a rifled bore . . ."* Again, as noted above, Antithesis™ can use a shotgun slug, but it is also designed and intended to fire shot.

While the above classification analysis can be deduced with reason and logic, it is possible that the delay in the classification of the Antithesis™ relates to the definition of "destructive device." The "destructive device" definition defers to the Attorney General on firearms that fire a shotgun shell. This portion of the definition specifically excludes a shotgun or shotgun shell which the Attorney General finds is generally recognized as particularly suitable for sporting purposes. ATF has issued rulings classifying specific shotguns as destructive devices because they have a bore of more than one half inch in diameter and were found to not be particularly suitable for sporting purposes.

However, given that *rifled* 12-gauge firearms with stocks have been manufactured and sold to hunters for decades by historic brands such as Ithaca, Mossberg, and Remington, these firearms would not generally meet the statutory "shotgun" definition under either act. (i.e. Firearms such as the Ithaca "Deer Slayer" would not likely classify as shotguns because they do not have a smooth bore.) Additionally, neither the GCA nor the NFA definition of a destructive device have a barrel *length* element, so it would be incongruous in this case to classify similar firearms differently just because of differences in barrel length.

Given that the Mossberg Shockwave and Remington Tac-14 were classified as "other" under the GCA and not a firearm under the NFA, it would be hard to argue with distinguishing evidence that Antithesis™ would be somehow a destructive device under either statute. As strongly as I feel my arguments are, we feel compelled to wait for ATF's classification letter for this product before we release it into the market.

Nevertheless, eliminating the destructive device issue altogether is an Antithesis™ variant with a .410 and 45 Long Colt combination with a 7.5" barrel featuring a rifled bore, and a stock. (Please see figures 2 and 3.) Feel free to correct us if we overlooked something, but there does not appear to be any statute or regulation that would prevent the sale of the above .410 bore rendition of Antithesis™.

It was our hope to manufacture the Reformation® and the Antithesis™ with our patented straight lands and grooves design (Patent No. 10,295,290) so that they would be deemed unencumbered by classifications as "shotguns" or "rifles" under the NFA and the GCA, as we still contend that our patented straight lands and grooves design *prevented such classifications*. And, given the Franklin Armory® patent on the straight lands and grooves design, Franklin Armory® would have been able to manufacture a limited amount of such firearms without fear that the time, energy, and expense that Franklin Armory® had and continues to input into these designs would

*"Those who would give up Essential Liberty to purchase a little Temporary Safety deserve neither Liberty nor Safety"*
- Benjamin Franklin

Case 1:23-cv-00003-DMT-CRH   Document 22-3   Filed 06/12/23   Page 4 of 7



2246 Park Place Ste B
Minden NV 89423
Phone (775)783-4313
www.franklinarmory.com

Letter to Mr. Gilbert- Page 3

be usurped by the entire firearms manufacturing community. The underlying FATD classification of the straight lands and grooves as *"smooth bore"*, however, very probably opens the Antithesis™ type market up to the entire firearms community. Once Franklin Armory® releases the .410/45 Long Colt variant of Antithesis™, all the energy, effort, resources, and research that Franklin Armory® invested in the Antithesis™ will be likely utilized and replicated throughout the firearms industry.[1]

Accordingly, we wish to briefly revisit the classification of the Reformation® at the forthcoming meeting, as it appears that the issues that we are currently addressing are entirely dependent upon the classification of the product. If the Reformation® were to be reclassified as neither smooth bore nor rifled bore, as we contend, then the underlying issue of the application of 18 U.S.C. § 922(b)(4) is mooted, as is the issue of how to address the firearms that were sold and transferred pursuant to ATF guidance prior to the November 8th letter notifying us of the determination that further transfer procedures beyond the Brady Act are necessary.

Moreover, the business interest of Franklin Armory®'s investment in research and design would also be preserved. Such matters are not solely to the benefit of Franklin Armory®, but all manufacturers that seek stability, uniformity, and consistency in the application and guidance of the law. Such stability encourages investment, design, and growth of the industry. If, on the other hand, the classification of the Reformation® were to remain, there are a number of issues that must be addressed at our forthcoming meeting.

Not insignificantly, Franklin Armory® values its reputation as being a designer and manufacturer of high-quality firearms. Franklin Armory® has and will continue to work with ATF to ensure a continued and enduring relationship of professionalism and cooperation. Nevertheless, the classifications assigned to the Reformation® and perhaps shortly the Antithesis™, along with the sudden directional change regarding compliance with the 18 U.S.C. § 922(a)(4) is of great importance to us and to our customers.

Just days before receiving your November 8th letter, Franklin Armory® was awarded the NASGW award for Best New Shotgun of 2019 for Reformation®. While this was quite an honor for Franklin Armory®, it demonstrates that the regulatory changes to Reformation® will likely affect many distributors, dealers, and consumers across the country.

---

[1] Initial market demand is estimated to be far beyond the capabilities of Franklin Armory® alone, higher than 30,000 units per month, and it would not be improbable to see several million Antithesis™ type products on the market in 5 years under the current classification. Franklin Armory® has the capabilities of producing a small fraction of that total. The vast majority of such sales would be made by other manufacturers who have invested little or no time addressing the engineering and regulatory hurdles faced in the development process.

*"Those who would give up Essential Liberty to purchase a little Temporary Safety deserve neither Liberty nor Safety"*
- Benjamin Franklin



2246 Park Place Ste B
Minden NV 89423
Phone (775)783-4313
www.franklinarmory.com

Letter to Mr. Gilbert- Page 4

We look forward to working with the Bureau to find amicable solutions that will avoid entanglements that would be problematic for both parties.

Respectfully,

Jay Jacobson
President
Franklin Armory, Inc.

*"Those who would give up Essential Liberty to purchase a little Temporary Safety deserve neither Liberty nor Safety"*
- Benjamin Franklin

**FRANKLIN ARMORY**
2246 Park Place Ste B
Minden NV 89423
Phone (775)783-4313
www.franklinarmory.com

Letter to Mr. Gilbert- Page 5

### REFERENCED FIGURES

Figure 1: Original 20 Gauge Antithesis™ Exemplar



Figure 2: Profile view of .410 / 45 LC concept exemplar of Antithesis™.



*"Those who would give up Essential Liberty to purchase a little Temporary Safety deserve neither Liberty nor Safety"*
- Benjamin Franklin

**FRANKLIN ARMORY**
2246 Park Place Ste B
Minden NV 89423
Phone (775)783-4313
www.franklinarmory.com

Letter to Mr. Gilbert- Page 6

Figure 3: The current rifled bore found on the Antithesis™ exemplar.



*"Those who would give up Essential Liberty to purchase a little Temporary Safety deserve neither Liberty nor Safety"*
*- Benjamin Franklin*