# EXHIBIT H

E I
R 1

**Subject:** RE: Industry related technical question
**From:** <Fire.Tech@usdoj.gov>
**Date:** 7/10/2017 12:33 PM
**To:** <jjacobson@franklinarmory.com>

In order to render an appropriate classification a physical sample would need to be submitted to the Firearms and Ammunition Technology Division for evaluation. If you would like to send the subject sample item and any supporting information, please ship it to our address:

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms & Ammunition Technology Division
244 Needy Road
Martinsburg, WV  25405

Please be aware the Firearms and Ammunition Technology Division does not make determinations based on drawings, photographs, written descriptions, or diagrams. It should be noted that correspondence from our Division is dependent upon the particular facts, designs, characteristics, or scenarios presented. Although other cases (submitted to our Branch) may appear to present similar issues, FTISB classifications only pertains to the particular item submitted and evaluated. We caution against applying the classification in our correspondence to other items, because complex legal or technical issues may exist that differentiate one item from another that only appear to be the same.

We advise you to ship the firearm to FATD via FedEx or similar carrier. You must include a pre-paid label for the return of the item.

ATF, Firearms and Ammunition Technology Division
--------------------------------------------------

-----Original Message-----
From: Jay Jacobson [mailto:jjacobson@franklinarmory.com]
Sent: Monday, July 10, 2017 2:39 PM
To: Fire Tech <Fire_tech@atf.gov>
Subject: Industry related technical question

Dear ATF FATD.

This morning we are respectfully requesting an opinion on a barrel design that is further explained in the attached letter and print. We appreciate the fact that the department is willing to provide leadership in generating determination letters for industry personnel.

Sincerely,

--
Jay Jacobson
President
Franklin Armory
Morgan Hill, CA & Minden, NV
Office Phone: 408-779-7560 775-783-4313