# EXHIBIT J



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV 25405

www.atf.gov

MAR 0 8 2018

907010: RKD
3311/307464

Mr. Jay Jacobson
Franklin Armory
2241 Park Place, Suite D
Minden, Nevada 89423

Dear Mr. Jacobson,

This is in reply to your correspondence and sample barrel sent to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB). You request classifications of various firearm configurations under the Gun Control Act of 1968 (GCA) and the National Firearms Act (NFA), with what you describe as an "NRS" (not a rifle or shotgun) barrel having straight cut lands and grooves, installed on firearms.

FATD classifies firearms and ammunition in accordance with statutory provisions of the GCA and NFA. Due to the unique nature of your inquiry, FATD respectfully requests a complete firearm with the "NRS" barrel attached in order to classify this barrel with respect to these statutes.

In order to return your barrel FTISB will require a FedEx shipping number or a prepaid, common carrier shipping label, please reference work order number 307-464 if return shipping documentation is provided. We thank you for your inquiry and trust that the foregoing has been responsive.

Sincerely yours,

*[signature]*

Michael R. Curtis
Chief, Firearms Technology Industry Services Branch