# EXHIBIT K



2246 Park Place Ste B
Minden NV 89423
Phone (775)783-4313
www.franklinarmory.com

March 13, 2018

Bureau of Alcohol Tobacco and Firearms
Firearms Technology Division
Chief Michael Curtis
244 Needy Road, Suite 1600
Martinsburg, WV 25405
fire_tech@atf.gov

RE: 307-464

Dear Chief Curtis,

This correspondence is intended to supplement our initial submission from August 23, 2017. Please find four exemplar firearms enclosed. Each firearm approximates and relates directly to the exemplars pictured in our original letter. In that correspondence we asked the department classification to classify the following firearms:

- What is the classification of a firearm featuring an NRS barrel equipped with straight cut lands and grooves, a stock, an overall length over 26 inches, and a barrel length over 16 inches
- What is the classification of a firearm featuring an NRS barrel equipped with straight cut lands and grooves, a stock, an overall length over 26 inches, and a barrel length under 16 inches?
- What is the classification of a firearm featuring an NRS barrel equipped with straight cut lands and grooves, a stock, an overall length under 26 inches, and a barrel length under 16 inches?
- What is the classification of a firearm that does not have a stock or vertical grip but features an NRS barrel with straight cut lands and grooves, has an overall length under 26 inches, and a barrel under 16 inches?

We have developed fantastic, sub MOA results with our drag stabilized projectiles, and we look forward to being able to offer both the firearms and the ammunition to our customers in the near future. While your verbal classification, vetted by Department Counsel, was very much appreciated and very useful for launching our product line, I am sure that Franklin Armory customers would appreciate written back up to that opinion.

Respectfully,

Jay Jacobson
President
Franklin Armory, Inc.

*"Those who would give up Essential Liberty to purchase a little Temporary Safety deserve neither Liberty nor Safety"*
- Benjamin Franklin