# EXHIBIT P





Ballistic Innovation

| | |
|---|---|
| Jay Jacobson | Office:  775-783-4313 |
| President | Cell:  408-592-9188 |
| Franklin Armory®, Inc. | jjacobson@franklinarmory.com |

# GENESIS

- CADOJ "assault weapon" definitions defined "rifle" on December 29, 2016
- "Rifle" means a weapon designed or redesigned made or remade and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed cartridge to fire only a single projectile through a *rifled bore* for each single pull of the trigger.
- Rifle needs a rifled bore
- Shotgun generally has a smooth bore
- Could there be an alternative design?
- Straight Cut Lands and Grooves.
    - Not smooth
    - Not rifled

# PROJECTILE STABILIZATION



- Projectiles can be stabilized by spin, fin, flare, or form
- Examples include:
    - Spin stabilized bullets
    - Flare stabilized badmitton shuttlecocks
    - Fin stabilized Rockets
    - Uniquely shaped form stabilization



# EXISTING EXAMPLES IN FIREARMS INDUSTRY

- US Army M1 Abrams Tank: Smoothbore cannon
- Study by Alexander Bolonkin
- D-Duplex Projectiles
- Barrett Firearms Smoothbore 50 caliber
- DARPA guided projectile






# STANDARD AMMUNITION

- Relatively accurate for 11.5" barrel
- Winchester white box produced 3.5" group at 100 yards
- Unstable
- Lack of expansion would be offset by size of the projectile profile
- Over penetration would be reduced due to greater profile






# NERF

- Released at SHOT Show 2018
- Stable
- Modest accuracy
- Cost / benefit not effective for production





# OMEGA

- Drag Stabilized
- Bulbous nose required a larger diameter leade or shorter case
- Accurate: Sub MOA at 100 yards
- Stable
- Inexpensive to manufacture





# SABOTED

- Fin stabilized
- Requires use of a patent pending sabot
- Great Sectional Density for size
- Accurate: Sub MOA at 100 yards
- Stable
- Can keep cost down by molding the sabot petals
- Can reduce costs further by cold heading the projectile





# FLYING CAN

- Stabilized by shape
- In testing now
- Possibly suited for subsonic performance



# SPORTING MARKETS

- Early adopters: Someone always wants "the new thing"
- Hunting: Where legal
    - Varmint hunting with current designs
    - Big game hunting with 450 Bushmaster variant
- Home defense: same markets as brace equipped pistols
- Target shooting: Perhaps long distance competition (see R&D slide)
- Adaptation of product for sales to all state and local jurisdictions

# ECONOMIC PROJECTIONS

- Firearm sales – based upon our current reach and brand exposure
  - $8,000,000+ in firearm sales first year of production
  - 40+ AMERICAN jobs
  - $25,000,000+ in firearm sales per year after five years of production
  - 120+ AMERICAN jobs

- Ammunition sales
  - 1,000,000 loaded cartridges for the first year
  - 10,000,000 loaded cartridges per year after five years of production
  - Unknown number of jobs

# Research & Development

- Projectiles stable through transonic flight
- Designs for improved body armor penetration for MIL/LE use
- At least 10 years worth of development ahead!





Ballistic Innovation

| | |
|---|---|
| Jay Jacobson | Office:  775-783-4313 |
| President | Cell:  408-592-9188 |
| Franklin Armory®, Inc. | jjacobson@franklinarmory.com |