# EXHIBIT R

## DECLARATION OF TRAVIS WHITE

I, Travis R. White, hereby declare as follows under the penalty of perjury.

1.     I am Travis R. White, President & Chief Executive Officer of the Firearms Regulatory Accountability Coalition, Inc. ("FRAC").  Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of FRAC.  If called as a witness, I could and would testify competently to the contents of this declaration.

2.     I am over 18 years of age, a citizen of the United States and North Dakota, and of sound mind.

3.     Unless otherwise indicated, all references herein to a given year or years is based on a traditional January through December calendar year.

### FRAC's Mission

4.     FRAC is a non-profit association working and advocating to improve business conditions for the firearm industry by ensuring the industry receives fair and consistent treatment from firearms regulatory agencies.

5.     FRAC serves as the premiere national trade association representing U.S. firearms, ammunition, and accessories manufacturers, retailers, importers, and innovators on regulatory and legislative issues impacting the industry in the United States.

6.     FRAC is committed to holding the government accountable for unlawful policies and practices and ensuring that the government's regulation of the industry is conducted in an open and transparent manner.

7.     As part of its mission to aggressively advocate for and defend firearms, ammunition, and accessories manufacturers, retailers, and importers from government overreach, FRAC regularly files comments with firearms regulatory agencies and litigates firearms issues at all levels of the federal judicial system.

8.    These efforts aim to hold the government accountable for arbitrary and capricious actions and to ensure that the government's regulation of the industry is conducted in an open and transparent manner.

9.    FRAC believes that it is important to hold accountable firearms regulatory agencies when they engage in unlawful action because allowing those agencies to flout the law will only embolden the agency to cut corners in the future.

10.    A core component of FRAC's mission is advancing its members' interests and defending its members from government overreach.

### FRAC's History

11.    FRAC was formed in 2020 upon the initiative of members of the firearms industry. These members sought to create an organization that would advocate for their interests before the legislative, executive, and judicial branches of the federal government.

12.    In pursuing that mission, FRAC would make firearms regulatory agencies feel the industry's presence in Washington D.C.

13.    FRAC was formally incorporated under Delaware law in 2020.

14.    I was appointed President and Chief Executive Officer of FRAC by action of FRAC's Board on December 20, 2020, with an effective date to assume the office of January 1, 2021.

15.    I executed a lease for FRAC's corporate headquarters in Bismarck, North Dakota effective January 21, 2021.

16.    FRAC registered with the North Dakota Secretary of State as a nonprofit corporation in February 2021.

17.    I moved to Bismarck, North Dakota in the first quarter of 2021.  I, in my personal/individual capacity, executed the lease of my apartment here in Bismarck, North Dakota on or about January 29th, 2021, with an effective start date for the lease period of February 1st,

2021.  I established my residency in Bismarck, North Dakota contemporaneously with my apartment lease taking effect. To date, I have lived in the same apartment here in Bismarck since that time.  My personal driver's license is issued by the State of North Dakota, and my vehicle is registered in North Dakota.  Since then, FRAC has maintained its principal place of business in Bismarck, North Dakota.

18.    From FRAC's corporate headquarters in Bismarck, North Dakota, I direct, control, and coordinate all FRAC's activities, considering input from FRAC members and FRAC's Board of Directors.

## FRAC's Structure And Organization

19.    FRAC is a traditional voluntary membership association with members.  Its members include firearms, ammunition, and accessories manufacturers, retailers, and importers.

20.    FRAC currently represents fifteen (15) member companies, none of which are based in D.C.  FRAC's members provide the vast majority of the organization's funding.

21.    Franklin Armory is a member of FRAC.

22.    FRAC's members choose the Directors to serve on its Board.  FRAC currently has nine (9) Directors on its Board.

23.    The Board, in turn, chooses FRAC's officers.

24.    I was appointed by FRAC's Board of Directors as the President and Chief Executive Officer of FRAC.  As President and Chief Executive Officer, I am vested with the full-time day-to-day discretionary authority of, and within, FRAC, including but not limited to the authority to supervise, direct, coordinate, and control the organization's affairs and speak on behalf of the organization.

25.    I was also appointed by FRAC's Board of Directors to serve concurrently as the Secretary of FRAC.  In my role as Secretary, I am responsible for the keeping of an accurate record

of the proceedings of all meetings of the Board of Directors, giving or causing to be given all notices in accordance with our Bylaws or as required by law, and performing all duties customary to the office of Secretary.

26.    I am FRAC's only full-time paid officer.

27.    FRAC maintains its headquarters at 2021 East Main Avenue, Suite I, Bismarck, North Dakota 58501.  FRAC has used this as its principal place of business and operated exclusively from this address since the office was leased in the first quarter of 2021.  FRAC's books and records are physically maintained at this physical office location here in Bismarck, ND.

28.    FRAC does not maintain an office at any other location.

29.    I have continually resided in Bismarck, North Dakota and worked out of FRAC's headquarters here since the office was established in the first quarter of 2021.

30.    From FRAC's headquarters, I prepare and run FRAC's annual and special board meetings and member meetings, maintain FRAC's records, coordinate and oversee the filing of FRAC's taxes, correspond with FRAC's counsel and lobbyists on behalf of the organization, hold weekly coordination meetings, and carry out the day-to-day decision making (*i.e.* discretionary functions) within the FRAC.

### The Present Litigation

31.    FRAC's Board unanimously approved the organization's initiation of this lawsuit based upon my recommendation.

32.    FRAC's Board likewise unanimously agreed to challenge the unlawful classification of the Reformation following the Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF") reclassification of that product on May 4, 2023.

33.    We concluded that remedying the unlawful actions by ATF would be germane to the firearms industry, FRAC and its purpose, and the members of FRAC.

34.    By remedying ATF's unlawful classification of the FAI-15 Antithesis, this litigation will prevent ATF from relying on an arbitrary and capricious rationale to make future regulations and/or classification decisions that harm members of the regulated firearms industry.

35.    By remedying ATF's unlawful classification of the Reformation, this litigation will prevent ATF from relying on an arbitrary and capricious rationale to make future regulations and/or classification decisions that harm members of the regulated firearms industry.

36.    By compelling ATF to issue procedures for the sale, transfer, and delivery of products classified as short-barreled shotguns under the Gun Control Act—such as the Reformation—this lawsuit will facilitate a better functioning market for an entire class of lawful weapons.

37.    This lawsuit will also deter the ATF from flouting the requirements of the Administrative Procedure Act in the future.  As FRAC has repeatedly explained in comments filed with the Department of Justice,[1] ATF frequently abuses its letter classification process to the detriment of all members of the firearms industry, including through tactics similar to those it employed in this proceeding—*i.e.*, delaying firearm classifications, arbitrarily reversing course with respect to classifications, using the classifications as precedent with respect to other firearms, and failing in any way to justify or support classification decisions.  Obtaining judicial review of ATF's unlawful procedures will therefore advance the long-term interests of all FRAC members.

---

[1]  Comments of FRAC, SB Tactical, and Silencer Shop, at 1–18, Docket Nos. ATF 2021R–05, ATF2021R–08 (filed Aug. 19, 2021), *available at* https://www.regulations.gov/comment/ATF-2021-0001-238995; *see also* Comments of SB Tactical and FRAC, at 59 & n.263, Docket No. ATF2021R–08 (filed Sept. 8, 2021), *available at* https://www.regulations.gov/comment/ATF-2021-0002-207706; Comments of FRAC, Docket Nos. DOJ-OAG-2020-0005, OAG-169 (filed Nov. 6, 2020), *available at* https://www.regulations.gov/comment/DOJ-OAG-2020-0005-0003; Comments of FRAC, Docket Nos. DOJ-OAG-2020-0004, OAG-165 (filed Sept. 8, 2020), *available at* https://www.regulations.gov/comment/DOJ-OAG-2020-0004-0003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May  18 , 2023

Travis R. White
President & CEO, Firearms Regulatory
Accountability Coalition, Inc.