# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-00003-DLH-CRH |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 7.1(A)(1) and Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs file this motion for summary judgment. Pursuant to Local Civil Rules 7.1(A)(1) and 7.1(A)(2), Plaintiffs have attached a memorandum in support of their motion.

2

| | | |
|---|---|---|
| June 26, 2023 | By: | /s/ Stephen J. Obermeier |

                                  Stephen J. Obermeier
Jeremy J. Broggi
William K. Lane III
Michael J. Showalter
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
JBroggi@wiley.law
WLane@wiley.law
MShowalter@wiley.law
BGarriott@wiley.law

Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

*Counsel for Plaintiffs*