UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

FIREARMS REGULATORY
ACCOUNTABILITY COALITION, INC., *and*
FRANKLIN ARMORY, INC.,

    Plaintiffs,

v.

Case No. 1:23-cv-00003-DLH

MERRICK GARLAND, in his official
capacity as Attorney General of the United States,
*et al.*,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 7.1(A)(1) and Rule 56 of the Federal Rules of Civil Procedure, Defendants file this motion for summary judgment and accompanying certified administrative record. Defendants have attached a memorandum of law in support of their motion.

Dated:  May 31, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Andrew J. Rising*
ANDREW J. RISING
D.C. Bar No. 1780432
Trial Attorney,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 11406
Washington, D.C. 20005
Phone: (202) 514-0265
E-mail: andrew.j.rising@usdoj.gov

*Counsel for Defendants*