# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Firearms Regulatory Accountability Coalition, Inc., and Franklin Armory, Inc. </br></br> Plaintiffs, </br></br> vs. </br></br></br> Merrick Garland, in his official capacity as Attorney General of the United States, et al., </br></br> Defendants. | **ORDER OF RECUSAL** </br></br> Case No. 1:23-cv-003 |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2024.

>  */s/ Daniel L. Hovland*
> Daniel L. Hovland, District Judge
> United States District Court