# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>        Defendants. | Civil Action No. 1:23-cv-00003-DMT-CRH |

## PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 7.1(A)(1), Rule 56 of the Federal Rules of Civil Procedure, and this Court's August 22, 2024 Order, *see* ECF No. 49, Plaintiffs file this motion for summary judgment. Pursuant to Local Civil Rules 7.1(A)(1) and 7.1(A)(2), Plaintiffs have attached a memorandum in support of their motion.

August 30, 2024        By:     /s/ Stephen J. Obermeier
                                            Stephen J. Obermeier
                                            Michael D. Faucette
                                            Jeremy J. Broggi
                                            William K. Lane III
                                            Michael J. Showalter
                                            Boyd Garriott
                                            **WILEY REIN LLP**
                                            2050 M Street NW
                                            Washington, DC 20036
                                            Tel: 202.719.7000
                                            Fax: 202.719.7049
                                            SObermeier@wiley.law
                                            MFaucette@wiley.law
                                            JBroggi@wiley.law
                                            WLane@wiley.law
                                            MShowalter@wiley.law
                                            BGarriott@wiley.law

                                            Benjamin J. Sand (ND ID #07981)
                                            **CROWLEY FLECK PLLP**
                                            100 W Broadway Ave
                                            Bismarck, ND 58501
                                            Tel: 701.223.6585
                                            Fax: 701.222.4853
                                            bsand@crowleyfleck.com

                                            *Counsel for Plaintiffs*