IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., *and* FRANKLIN ARMORY, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 1:23-cv-003-DMT-CRH |

**NOTICE OF APPEARANCE**

Please take notice that undersigned counsel, Christine L. Coogle, will appear as counsel of record for all Defendants.

Dated: January 16, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Christine L. Coogle*
CHRISTINE L. COOGLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*