IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., *and* FRANKLIN ARMORY, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-00003-DMT-CRH |

**[PROPOSED] INDICATIVE MEMORANDUM**

Upon Defendants' consent motion, and pursuant to Rules 60(b) and 62.1 of the Federal Rules of Civil Procedure, this Court hereby indicates its willingness to grant the request to vacate the portion of the Order and Judgment ordering "ATF to create procedures for regulation of GCA-only weapons within 180 days from the date of this Order." *See* Order at 17-20, 23-28, ECF No. 60; Judgment at 1, ECF No. 61.

The Court **DIRECTS** the Clerk to send a copy of this Memorandum to the Court of Appeals for the Eighth Circuit and to counsel of record.

DATED _____

_____
Daniel M. Traynor, District Judge
United States District Court

1