IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Firearms Regulatory Accountability Coalition, Inc. and Franklin Armory, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pamela Bondi, in her official capacity as Attorney General of the United States et al.,<br><br>Defendants. | Case No. 1:23-cv-00003 |

### ORDER GRANTING MOTION TO PARTIALLY VACATE JUDGMENT

[¶ 1]   THIS MATTER comes before the Court on a Consent Motion to Partially Vacate Judgment filed by the United States on July 29, 2025. Doc. No. 76. Consistent with the Court's Indicative Ruling (Doc. No. 74), the Parties request the portion of the Summary Judgment Order directing the "ATF to create procedures for regulation of GCA-only weapons within 180 days from the Date of this Order" be vacated and an amended judgment be entered accordingly.

[¶ 2]   For the reasons previously stated in the Indicative Ruling and pursuant to Federal Rule of Civil Procedure 60(b), the Court **GRANTS** the Motion to Alter Judgment (Doc. No. 76). The Court **VACATES** the direction in paragraph 96 of the Order (Doc. No. 60) for the "ATF to create procedures for regulation of GCA-only weapons within 180 days from the date of this Order." The Court further directs the Clerk's Office to amend the judgment accordingly.

[¶ 3]   **IT IS SO ORDERED**.

DATED August 1, 2025.

Daniel M. Traynor, District Judge
United States District Court