Local AO 450 (rev. 1/23)

# United States District Court
### District of North Dakota

| | |
|---|---|
| Firearms Regulatory Accountability Coalition, Inc. and Franklin Armory, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Pamela Bondi, in her official capacity as Attorney General of the United States et al., <br><br> Defendants. | AMENDED JUDGMENT IN A CIVIL CASE <br><br> Case No.  1:23-cv-00003 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated February 18, 2025 the Coalition's Motion for Summary Judgment (Doc. No. 50) is GRANTED, and ATF's Motion for Summary Judgment (Doc. No. 41) is DENIED. The Court Orders ATF classification of the Antithesis and reclassification of the Reformation VACATED.

Pursuant to the Order dated August 1, 2025, the Court GRANTS the Motion to Alter Judgment (Doc. No. 76). The Court VACATES the direction in paragraph 96 of the Order (Doc. No. 60) for the "ATF to create procedures for regulation of GCA-only weapons within 180 days from the date of this Order."

Date: August 1, 2025

KARI M. KNUDSON, CLERK OF COURT

by: /s/ Carla Schultz, Deputy Clerk