# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1748

_____

Firearms Regulatory Accountability Coalition, Inc.; Franklin Armory, Inc..

Plaintiffs - Appellees

v.

Pamela Bondi, Attorney General of the United States; Bureau of Alcohol, Tobacco, Firearms and Explosives; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives

Defendants - Appellants

------

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00003-DMT)

------

**JUDGMENT**

Before SMITH, BENTON, and KELLY, Circuit Judges.

In light of the parties' joint stipulation for dismissal the appeal is dismissed. The Court's mandate shall issue forthwith.

August 12, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Susan E. Bindler